# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 29, 2011

142851 & (38)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

THIDA HEIDINGER, n/k/a THIDA SAM,
      Plaintiff/Counter Defendant-
      Appellant,

v

MICHAEL ANTON HEIDINGER,
      Defendant/Counter Plaintiff-
      Appellee.

SC: 142851
COA: 299365
Washtenaw CC: 07-000535-DM

_____/

On order of the Court, the application for leave to appeal the February 17, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for stay is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 29, 2011

_____
Clerk

y0426